## ORDER

In the Matter of GEORGE A. BECKMANN, an attorney at law.

June 8, 1983. The matter having been duly considered by the Court, it is ORDERED that the suspension of GEORGE A. BECKMANN of HACKENSACK is lifted, and he is hereby restored to the practice of law, effective immediately.